**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

| | |
|---|---|
| JAMES CHRISTIAN PETERS, | Civil No. 09-60 (JRT/JJK) |
| Plaintiff, | |
| v. | **ORDER DISMISSING ACTION** |
| ROBERT FENEIS, MAILE TOLBERT, SANDRA THOMAS, JAN HAUGEN, HENRY WESLEY, DEBARAH COLE, and DEANNA ALVARD, | |
| Defendants. | |

James C. Peters, #225837, Minnesota Correctional Facility – Lino Lakes, 7525 4th Avenue, Lino Lakes, MN 55014, plaintiff *pro se*.

Jackson Evans, Assistant Attorney General, **OFFICE OF THE MINNESOTA ATTORNEY GENERAL**, Suite 900, 445 Minnesota Street, St. Paul, MN 55101-2127, for defendants.

On December 14, 2009, the Court issued an order granting plaintiff's request for leave to file a second amended complaint, and stated that if plaintiff fails to file his complaint within ninety days, the action will be summarily dismissed without prejudice for lack of subject-matter jurisdiction. Plaintiff has failed to file a second amended complaint, and therefore the action is **DISMISSED** without prejudice. **LET JUDGMENT BE ENTERED ACCORDINGLY**.

DATED: April 16, 2010                        ____s/ John R. Tunheim____
at Minneapolis, Minnesota.                      JOHN R. TUNHEIM
                                                                    United States District Judge